

**Mars Khaimov Law, PLLC**

108-26 64th Avenue, Second Floor

Forest Hills, NY 11375

Tel.: 929.324.0717

Fax: 929.333.7774

E-mail: mars@khaimovlaw.com

**MEMO ENDORSED**

<u>VIA ECF</u>
The Honorable Edgardo Ramos
United States District Judge
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY 10007

January 27, 2023

Re:     <u>*Re.: Campbell v. Fischer & Wieser Specialty Foods, Inc.*</u>
<u>*Case No: 1:22-cv-9791*</u>
<u>Request for Extension on Behalf of Defendant</u>

Dear Judge Ramos:

Plaintiff submits this letter-motion on behalf of Defendant to request an extension of time for Defendant to file its responsive pleading. The Parties are still discussing settlement and are closing in on agreeing to terms. As such, Defendant requires an extension of time to respond, however defense counsel is not admitted to practice in this District. The current deadline is today, January 27, 2023. A thirty-day extension is being sought, up to and until February 27, 2023. This is the second request for this extension, and both Parties consent.

Plaintiff's request for an extension of time for Defendant to file a responsive pleading, until February 27, 2023, is granted.  SO ORDERED.

_____
Edgardo Ramos, U.S.D.J
Dated: _____January 30, 2023_____
New York, New York

Respectfully submitted,

**MARS KHAIMOV LAW, PLLC**

*/s/ Mars Khaimov*
Mars Khaimov, Esq.

Attorneys for Plaintiff

Cc: Eric A. Johnston (defense counsel)

